# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In the Matter of: )
)   Case No.  09-50140 C-11
)
Renegade Holdings, Inc. )
)
Debtor(s) )

## ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH A NOTICE OF HEARING

A Second Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on  October 12, 2009 .

A hearing having been held on  November 10, 2009  , on the approval of the Second Amended Disclosure Statement and after no objections were filed, the Court finding that the Disclosure Statement Amended on October 12, 2009 contained adequate information;

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

(1) The Second Amended Disclosure Statement filed by the Debtor on  October 12, 2009  is approved.

(2) The 19th day of  February  , 2010 is fixed as the last day for filing written acceptances or rejections of the Plan referred to above. The ballot is to be sent to the address shown at the bottom of the ballot form.

(3) The 19th day of  February  , 2010 is fixed as the last day for filing written objections to the Plan referred to above.

(4) A hearing on Confirmation of the Plan will be held on  March 10, 2010  , at 9:30 a.m. in Courtroom #1, 101 S. Edgeworth St. Greensboro, NC.

(5) Within ten (10) days after entry of this order, a copy of the Plan, Second Amended Disclosure Statement, ballot form for voting on the acceptance or rejection of the Plan and this Order shall be transmitted by John A. Northen , Attorney for the Debtor, by mail to creditors, equity security holders and other parties in interest as provided in Rule 3017(d). Within ten (10) days of transmission of these documents the attorney for the Debtor shall file a Certificate of Service with the Court with said Certificate to contain the names and addresses of all parties served.

(6) At least three business days prior to the hearing on the plan confirmation, the plan proponent shall file a Summary of Voting on the Plan of Reorganization.