**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

**In re:**                                              **Chapter 11**

**Alternative Brands, Inc.**                            **Case No. 09-50141**
**Renegade Holdings, Inc.**                             **Case No. 09-50140**
**Renegade Tobacco Co.**                                **Case No. 09-50143**

                        **Debtors.**

**ORDER GRANTING APPLICATION TO APPEAR *PRO HAC VICE***

This matter coming on for consideration by the Court upon Application filed herein by Oleg Kobelev seeking authority to appear *pro hac vice* effective *nunc pro tunc* June 25, 2010 as counsel for the States[1], and the Court finding the facts to be as set forth in his Application and for other good and sufficient cause shown, it is

ORDERED that the Application of Oleg Kobelev to appear *pro hac vice* in these bankruptcy cases and any related adversary proceeding is granted effective *nunc pro tunc* June 25, 2010;

ORDERED that the electronic service of all documents filed in these cases shall be made upon the Applicant at okobelev@naag.org.

ORDERED that the authority granted herein shall not be considered admission to practice generally before this Bankruptcy Court or the United States District Court.


Dated: _____

---

[1] The States include Alabama, Arkansas, Arizona, Georgia, Kansas, Kentucky, Louisiana, North Carolina, North Dakota, New Mexico, Pennsylvania, South Carolina, Tennessee, Virginia, Washington, and West Virginia.