UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

Renegade Holdings, Inc., et al

Debtors.

CASE NO. 09-50140
Chapter 11
Consolidated for Administration

## ORDER APPROVING MOTION TO EMPLOY SPECIAL COUNSEL FOR TRUSTEE NUNC PRO TUNC

**THIS MATTER CAME ON** before the undersigned Bankruptcy Judge for the United States Bankruptcy Court for the Middle District of North Carolina upon the Chapter 11 Trustee's Motion to Employ John A. Northen and the law firm of Northen Blue, L.L.P. as Special Counsel for Trustee Nunc Pro Tunc filed on August 31, 2010. After considering the matters set forth therein, the Court makes the following findings and conclusions:

1. On January 28, 2009, the Debtors filed voluntary petitions seeking relief under Chapter 11 of the Bankruptcy Code and orders for relief were entered. On August 18, 2010, this Court entered an order appointing Peter Tourtellot as Chapter 11 Trustee ("Trustee") for the Debtors.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this matter is a core proceeding under 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

3. Pursuant to Order entered on March 6, 2009, John A. Northen and the firm of Northen Blue, L.L.P. ("Northen Blue") were approved by this Court as Bankruptcy Counsel for the Debtors. The Trustee now wishes to retain and seek approval by this Court of the employment of Northen Blue as special counsel for Trustee for purposes, including but not limited to:

    a. Finalizing and obtaining Plan confirmation;
    b. Reviewing claims, filing objections and preparing any related litigation;
    c. Assisting and coordinating with criminal defense counsel and any causes of action.

4. As bankruptcy counsel for the Debtors since the filing of the bankruptcy petitions,

Northen Blue is familiar with the Debtors' businesses, its' creditors, and pending causes of actions. The Trustee believes that Northen Blue is competent to render services as special counsel for the Trustee.

5. Other than its representation as bankruptcy counsel for the Debtors prior to the appointment of the Trustee, Northen Blue represents no other entity in connection with this case, represents or holds no interest adverse to the interest of the estate with respect to the matters on which are to be employed, and is a disinterested party as that term is defined in 11 U.S.C. §101. This relationship with the Debtors should not disqualify Northen Blue as Special Counsel for Trustee, and Northen Blue has agreed to represent the Trustee for such compensation as may be subsequently allowed and approved in accordance with the provisions of the Bankruptcy Code. Northen Blue has filed an affidavit pursuant to Bankruptcy Rules 2014 and 2016, disclosing the information relevant to this Motion.

6. Northen Blue can and will provide specific benefits to the Trustee and the estate, and will enhance the administration of this case. The Trustee believes that such services will be in the best interest of all parties involved in this Chapter 11 case.

**BASED UPON THE FOREGOING, IT IS ORDERED, ADJUDGED, AND DECREED** that the Trustee's Motion to employ John A. Northen and the law firm of Northen Blue, L.L.P. to represent the Chapter 11 Trustee in this case as set forth herein, effective August 18, 2010 is **ALLOWED.**

**PARTIES TO BE SERVED**
Page 1 of 1
Case No. 09-50140

| Michael West, Bankruptcy Administrator<br>P.O. Box 1828<br>Greensboro, NC 27402 | Peter Tourtellot, Chapter 11 Trustee<br>Post Office Box 2338<br>Greensboro, NC 27402-2338 |
|---|---|
| John A. Northen<br>Northen Blue<br>P.O. Box 2208<br>Chapel Hill, NC 27514 | |