# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case Number 09-50140 |
| RENEGADE HOLDINGS, INC., et al, | § | Consolidated for Administration |
| | § | Chapter 11 |
| Debtors. | § | |

## NOTICE OF PUBLIC SALE

**NOTICE IS HEREBY GIVEN** that the real property described below will be sold by the Trustee as set forth in the Order (A) Authorizing and Scheduling a Public Auction for the Sale of Certain Real Property Located in Davie County, North Carolina; (B) Authorizing the Sale of the Real Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests and Transferring Such to the Proceeds Of Sale; and (C) Scheduling a Hearing to Consider Approval of Such Sale to the Party Submitting the Highest Bid entered May 25, 2011 ("Order"), by:

public auction sale to be conducted at 6:00 p.m. on Thursday, June 23, 2011, such auction to be held at Davie County Senior Center, 278 Meroney Street, Mocksville, NC 27028 ("Sale").

The real property to be sold consists of:

1.  Three (3) parcels consisting of 310.57 +/- acres of adjoining land located on NC Hwy 801 and US Hwy 64 in Davie County, North Carolina with frontage on the Yadkin River and consisting of the following acreages:

    (a)  228.48 +/- acres, Parcel# 5777870922, as described in Book 315, Page 3 of the Davie County Registry (Mr. Phelps as record owner);

    (b)  66.49 +/- acres, Parcel# 5777994297, as described in Book 648, Page 352 of the Davie County Registry (Mr. Phelps and Ms. Yamaoka, as tenants by the entireties, as record owner); and

    (c)  15.6 +/- acres, Parcel# 5788005450, as described in Book 648, Page 355 of the Davie County Registry (Mr. Phelps and Ms. Yamaoka, as tenants by the entireties, as record owner);

2. One (1) parcel consisting of 27.828 +/- acres located off US Hwy 601 North on Allen Road in Davie County, North Carolina, partially cleared and currently in crop production, Parcel# 5729587793, as described in Book 454, Page 60 of the Davie County Registry (Mr. Phelps as record owner); and

3. Two (2) adjoining parcels in Davie County, North Carolina consisting of the following acreages:

(a) 1.624 +/- acres with a brick building with frontage on US Hwy 601 South, Parcel# 5746515059, as described in Book 410, Page 941 of the Davie County Registry (Mr. Phelps as record owner); and

(b) .727 +/- acres with a wooden structure not in current use and appears abandoned with frontage on NC Hwy 801, Parcel# 5746514369, as described in Book 410, Page 943 of the Davie County Registry (Mr. Phelps as record owner).

**TAKE FURTHER NOTICE** that a **FINAL SALE HEARING will be held on June 28, 2011 at 9:30 a.m. at the United States Bankruptcy Court, 101 S. Edgeworth Street, Second Floor, Courtroom No. 1, Greensboro, North Carolina**, to confirm that the procedures set forth in the Order were followed, that the Sale was conducted in accordance with the Order, and to make such findings as are necessary to provide the highest bidder at the Sale with an order that properly passes title in accordance with the terms and conditions of the Order.

**TAKE FURTHER NOTICE** that a copy of this Notice is being mailed to all creditors and other parties-in-interest in this case. A copy of the Order can be requested in writing if submitted to the Clerk, U.S. Bankruptcy Court, with advance payment of copy costs at $0.50 per page.