UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case Number 09-50140 |
| RENEGADE HOLDINGS, INC., et al, | § | Consolidated for Administration |
| | § | Chapter 11 |
| Debtors. | § | |

## REPORT OF AUCTION

Peter L. Tourtellot, Chapter 11 Trustee, through counsel and for and on behalf of the bankruptcy estates of Renegade Holdings, Inc., Alternative Brands, Inc., and Renegade Tobacco Company ("Debtors"), presents to this Court and parties in interest this Report of Auction, pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure. Debtors show the Court the following:

1. On May 25, 2011, the Court entered an Order pursuant to Section 327 of Title 11 of the United States Code approving Debtors' employment of Iron Horse Auction Co., Inc. ("Iron Horse") [Docket No. 933] to sell at a public auction to be held at 6:00 p.m. on Thursday, June 23, 2011 at the Davie County Senior Center, 278 Meroney Street, Mocksville, NC 27028, the following real property (collectively referred to as the "Properties" or individually as defined in paragraphs 1 (a), (b), and (c) below):

    (a) Three (3) parcels consisting of 310.57 +/- acres of adjoining land located on NC Hwy 801 and US Hwy 64 in Davie County, North Carolina with frontage on the Yadkin River and consisting of the following acreages ("River Property"):

        (i) 228.48 +/- acres, Parcel# 5777870922, as described in Book 315, Page 3 of the Davie County Registry;

        (ii) 66.49 +/- acres, Parcel# 5777994297, as described in Book 648, Page 352 of the Davie County Registry; and

BTM:467853v1

(iii) 15.6 +/- acres, Parcel# 5788005450, as described in Book 648, Page 355 of the Davie County Registry;

(b) One (1) parcel consisting of 27.828 +/- acres located off US Hwy 601 North on Allen Road in Davie County, North Carolina, partially cleared and currently in crop production, Parcel# 5729587793, as described in Book 454, Page 60 of the Davie County Registry ("Allen Road Property"); and

(c) Two (2) adjoining parcels in Davie County, North Carolina consisting of the following acreages ("Hwys 601/801 Property"):

(i) 1.624 +/- acres with a brick building with frontage on US Hwy 601 South, Parcel# 5746515059, as described in Book 410, Page 941 of the Davie County Registry; and

(ii) .727 +/- acres with a wooden structure not in current use and appears abandoned with frontage on NC Hwy 801, Parcel# 5746514369, as described in Book 410, Page 943 of the Davie County.

2. Iron Horse conducted a public auction of the Properties at 6:00 p.m. on Thursday, June 23, 2011 at the Davie County Senior Center, 278 Meroney Street, Mocksville, NC 27028, as ordered by this Court.

3. Webster Swicegood, as agent, submitted the highest and best bid for the River Property in the amount of $1,125,000.00 and entered into a purchase contract for the River Property (the "Swicegood Purchase Contract").

4. Justin M. Carter submitted the highest and best bid for the Allen Road Property in the amount of $160,000.00 and entered into a purchase contract for the Allen Road Property (the "Carter Purchase Contract").

5. James E. Ruddock submitted the highest and best bid for the Hwys 601/801 Property in the amount of $76,000.00 and entered into a purchase contract for the Hwys 601/801 Property (the "Ruddock Purchase Contract").

6. The gross price for the Properties, excluding the 7% buyer's bid premium, is $1,361,000.00.

7. Mr. Swicegood, Mr. Carter, and Mr. Ruddock each executed a sworn representation that (i) his bid was submitted pursuant to the terms and conditions of the Order (A) Authorizing and Scheduling a Public Auction for the Sale of Certain Real Property Located in Davie County, North Carolina; (B) Authorizing the Sale of the Real Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests and Transferring Such to the Proceeds Of Sale; and (C) Scheduling a Hearing to Consider Approval of Such Sale to the Party Submitting the Highest Bid entered by the United States Bankruptcy Court for the Middle District of North Carolina on May 25, 2011, and (ii) that the bidding was not pursuant to any improper collusive bidding practices, or other action in violation of 11 U.S.C. § 363(n).Iron Horse conducted a public auction of the Properties at 6:00 p.m. on Thursday, June 23, 2011 at the Davie County Senior Center, 278 Meroney Street, Mocksville, NC 27028, as ordered by this Court.

8. Debtors intend to ask the Court to approve the foregoing sales at the sale hearing to be held on June 28, 2011.

9. Pursuant to the terms of the Swicegood Purchase Contract, the Carter Purchase Contract, and the Ruddock Purchase Contract, closing is to take place within ten (10) days of this Court's final sale hearing, i.e., on or before July 8, 2011, or upon delivery of the Trustee's Deed (special warranty deed and non-foreign affidavit) to the respective purchaser, whichever is sooner.

WHEREFORE, Debtors request that the Court receive and accept the foregoing Report of Auction.

BTM:467853v1

Respectfully submitted this 24th day of June, 2011.

                                                  s/ Gene B. Tarr_____
                                                  Gene B. Tarr, NCSB #11110
                                                  Special Counsel

OF COUNSEL:

BLANCO TACKABERY
& MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: gbt@blancolaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case Number 09-50140 |
| RENEGADE HOLDINGS, INC., et al, | § | Consolidated for Administration |
| | § | Chapter 11 |
| Debtors. | § | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has this date served a copy of the **REPORT OF AUCTION** by electronic mail on the parties shown on the attached list, or by depositing a copy in the United States Mail, postage prepaid, if noted as "via first class mail."

This 24th day of June, 2011.

                                                s/ Gene B. Tarr
                                                Gene B. Tarr, NCSB #11110
                                                Special Counsel

OF COUNSEL:

BLANCO TACKABERY
& MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: gbt@blancolaw.com

BTM:467853v1

Michael D. West, Esq.
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402-1828

Robyn R. C. Whitman, Esq.
P.O. Box 1828
Greensboro, NC 27402-1828

Patricia Molteni, Esq.
Karen Cordry, Esq.
National Association of Attorneys General
2030 M Street NW, 8th Floor
Washington, DC 20036

Gregory B. Crampton, Esq.
Attorney for NAAG
Nicholls & Crampton, PA
P.O. Box 18237
Raleigh, NC 27619

Joseph N. Callaway, Esq.
Attorney for NC Filter Corporation
and Tobacco Rag Processors
Battle, Winslow Scott & Wiley, P.A.
P.O. Box 7100
Rocky Mount, NC 27804-0100

Paul A. Fanning, Esq.
Ward and Smith, PA
Bank of the Carolinas
P.O. Box 8088
Greenville, NC 27835-8088

Stuart C. Gauffreau, Esq.
Attorney for Carolina Bank
Hagan Davis Mangum, et al.
300 N. Greene Street, Suite 200
Greensboro, NC 27401

Richard L. Harrison, Esq.
Melissa L. Trippe, Esq.
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

Rebecca A. Leigh, Esq.
301 S. Greene Street, Suite 201
Greensboro, NC 27401

Kenneth M. Greene, Esq.
Attorney for Hauni Richmond, Inc.
Carruthers & Roth, PA
235 N. Edgeworth Street
Greensboro, NC 27401

Stephen R. Lundeen, Esq.
Attorney for Hauni Richmond, Inc.
Wille, Gregory & Lundeen LLP
207 East Michigan Street, Suite 410
Milwaukee, WI 53092

John A. Northen, Esq.
Vicki L. Parrott, Esq.
Northen Blue, LLP
P.O. Box 2208
Chapel Hill, NC 27515-2208

Lisa P. Sumner, Esq.
Attorney for Alliance One International, Inc.
Poyner & Spruill, LLP
P.O. Box 1801
Raleigh, NC 27602

Gina Baker Hantel
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Jett Corr, Inc. d/b/a Pratt Industries USA
c/o Dawn Barker Floyd, Esq.
Shumaker, Loop & Kendrick, LLP
128 S. Tryon Street, Suite 1800
Charlotte, NC 28202-5013

Angela R. Collins, Esq.
Riezman Berger, PC
7700 Bonhomme, 7th Floor
St. Louis, MO 63105

G. Gray Wilson, Esq.
Wilson Helms & Cartledge, LLP
110 Oakwood Dr., Suite 400
Winston-Salem, NC  27103

Gerald A. Jeutter, Jr., Esq.
P.O. Box 12585
Raleigh, NC 27605

Peter L. Tourtellot, Ch. 11 Trustee
Anderson Bauman Tourtellot Vos
P.O. Box 2338
Greensboro, NC 27402

James C. Lanik, Esq.
Attorney for Maxus Capital Group, LLC
Roberson Haworth & Reese, PLLC
P.O. Box 1550
High Point, NC  27261

Charles M. Ivey, Esq.
Ivey, McClellan, Gatton & Talcott, L.L.P.
P. O. Box 3324
Greensboro, NC 27402-3324

Walter W. Pitt, Jr., Esq.
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston-Salem, NC  27120-1029

G. Thompson Miller, Esq.
P.O. Box 1657
Lexington, NC  27293-1657

Trustee Services, Inc.
c/o Charles McGirt, Esq.
Trustee Services, Inc.
P.O. Box 1657
Lexington, NC 27293-1657

*via first class mail*
Susan Curwood, Esq.
Commonwealth of Virginia
Office of the Attorney General
900 East Main St.
Richmond, VA  23219

BTM:467853v1