**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case Number 09-50140 |
| RENEGADE HOLDINGS, INC., et al, | § | Consolidated for Administration |
| | § | Chapter 11 |
| Debtors. | § | |

**REPORT OF SALE**

Peter L. Tourtellot, Chapter 11 Trustee, through counsel and for and on behalf of the bankruptcy estates of Renegade Holdings, Inc., Alternative Brands, Inc., and Renegade Tobacco Company ("Debtors"), and pursuant to the Amended Order (i) Confirming Sales of Certain Real Property Located in Davie County, North Carolina to Parties That Submitted the Highest Bids at Auction on June 23, 2011, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; and (ii) Authorizing Closing on Sale of Certain Real Property entered July 14, 2011 [Docket No. 967] (the "Order Confirming Sale"), presents to this Court and parties in interest this Report of Sale. Debtors show the Court the following:

1. On May 25, 2011, the Court entered an Order pursuant to Section 327 of Title 11 of the United States Code approving Debtors' employment of Iron Horse Auction Co., Inc. ("Iron Horse") [Docket No. 933] to sell at a public auction to be held at 6:00 p.m. on Thursday, June 23, 2011 at the Davie County Senior Center, 278 Meroney Street, Mocksville, NC 27028, the following real property (collectively referred to as the "Properties" or individually as defined in paragraphs 1 (a), (b), and (c) below):

    (a)    Three (3) parcels consisting of 310.57 +/- acres of adjoining land located on NC Hwy 801 and US Hwy 64 in Davie County, North Carolina with frontage on the Yadkin River and consisting of the following acreages ("River Property"):

(i) 228.48 +/- acres, Parcel# 5777870922, as described in Book 315, Page 3 of the Davie County Registry;

(ii) 66.49 +/- acres, Parcel# 5777994297, as described in Book 648, Page 352 of the Davie County Registry; and

(iii) 15.6 +/- acres, Parcel# 5788005450, as described in Book 648, Page 355 of the Davie County Registry;

(b) One (1) parcel consisting of 27.828 +/- acres located off US Hwy 601 North on Allen Road in Davie County, North Carolina, partially cleared and currently in crop production, Parcel# 5729587793, as described in Book 454, Page 60 of the Davie County Registry ("Allen Road Property"); and

(c) Two (2) adjoining parcels in Davie County, North Carolina consisting of the following acreages ("Hwys 601/801 Property"):

(i) 1.624 +/- acres with a brick building with frontage on US Hwy 601 South, Parcel# 5746515059, as described in Book 410, Page 941 of the Davie County Registry; and

(ii) .727 +/- acres with a wooden structure not in current use and appears abandoned with frontage on NC Hwy 801, Parcel# 5746514369, as described in Book 410, Page 943 of the Davie County.

2. Iron Horse conducted a public auction of the Properties at 6:00 p.m. on Thursday, June 23, 2011 at the Davie County Senior Center, 278 Meroney Street, Mocksville, NC 27028, as ordered by this Court.

3. Webster Swicegood, as agent, submitted the highest and best bid for the River Property in the amount of $1,125,000.00 and entered into a purchase contract for the River Property (the "Swicegood Purchase Contract"), subject to adjustment on a per-acre basis following a survey to be performed at the buyer's expense. The per-acre price of the River Property is $3,629.03. The survey of the River Property revealed that the acreage should be adjusted from 310 acres to 313.372 acres, resulting in an increased total bid of $1,137,236.39.

4. Justin M. Carter submitted the highest and best bid for the Allen Road Property in the amount of $160,000.00 and entered into a purchase contract for the Allen Road Property (the

"Carter Purchase Contract").

5. James E. Ruddock submitted the highest and best bid for the Hwys 601/801 Property in the amount of $76,000.00 and entered into a purchase contract for the Hwys 601/801 Property (the "Ruddock Purchase Contract").

6. The gross price for the Properties, excluding the 7% buyer's bid premium, is $1,373,236.39.

7. The Swicegood Purchase Contract, the Carter Purchase Contract, and the Ruddock Purchase Contract are referred to collectively herein as the "Purchase Contracts."

8. On July 14, 2011, the Court entered the Order Confirming Sale approving the Purchase Contracts, confirming the sales thereunder free and clear of all liens, claims, encumbrances and other interests, and authorizing closings on the sale of the Properties.

9. Closings on the sale of the Allen Road Property and the Hwy 601/801 Property took place on July 27, 2011. The purchase price paid at closing by Mr. Carter was $171,200 ($160,000 high bid plus 7% buyer's premium due to Iron Horse). At closing, the following disbursements were made, and Net Sales Proceeds of $141,781.24 were disbursed to Ashley S. Rusher and the firm of Blanco Tackabery & Matamoros, P.A., Special Counsel to the Chapter 11 Trustee ("Special Counsel"):

| **Payee** | **Purpose** | **Amount** |
|---|---|---|
| Iron Horse Auction Co., Inc. | 7% buyer's premium | $11,200.00 |
| Iron Horse Auction Co., Inc.[1] | advertising for all | $12,500.00 |
| Iron Horse Auction Co., Inc.[1] | 3% commission | $4,800.00 |
| Davie County Tax Collector | property taxes | $575.76 |
| Davie County Register of Deeds | deed stamps | $343.00 |
| Total Disbursements | | $29,418.76 |

---

[1] This amount was mistakenly paid by the closing attorney to Iron Horse. Thereafter, Iron Horse reimbursed this amount to Special Counsel to hold pending Court approval for distribution to Iron Horse.

3

10. The purchase price paid at closing by Mr. Ruddock was $81,320 ($76,000 high bid plus 7% buyer's premium due to Iron Horse). At closing, the following disbursements were made, and Net Sales Proceeds of $72,389.27 were disbursed to Special Counsel:

| Payee | Purpose | Amount |
|---|---|---|
| Iron Horse Auction Co., Inc. | 7% buyer's premium | $5,320.00 |
| Iron Horse Auction Co., Inc.[1] | 3% commission | $2,280.00 |
| Davie County Tax Collector | property taxes | $1,167.73 |
| Davie County Register of Deeds | deed stamps | $163.00 |
| Total Disbursements | | $8,930.73 |

11. Closing on the sale of the River Property took place on August 10, 2011. The purchase price paid at closing on the River Property was $1,216,842.94 ($1,137,236.39 high bid plus 7% buyer's premium due to Iron Horse). At closing, the following disbursements were made, and Net Sales Proceeds of $1,109,326.36 were disbursed to Special Counsel:

| Payee | Purpose | Amount |
|---|---|---|
| Iron Horse Auction Co., Inc. | 7% buyer's premium | $79,606.55 |
| Davie County Tax Collector | property taxes | $25,476.03 |
| Davie County Register of Deeds | deed stamps | $2,434.00 |
| Total Disbursements | | $107,516.58 |

12. The following disbursements were made by Special Counsel from the Net Sales Proceeds received from the closings on the Properties:

| Payee | Purpose | Amount |
|---|---|---|
| Bank of the Carolinas | partial payoff of liens | $361,417.75 |
| NewBridge Bank | lien payoffs | $404,742.00 |
| Total Disbursements | | $766,159.75 |

13. The Net Sales Proceeds of $576,917.12 are being held in trust by Special Counsel, pending further order of the Court.

WHEREFORE, Debtors request that the Court receive and accept the foregoing Report of Sale.

This the 14th day of September, 2011.

          /s/ Ashley S. Rusher
          Ashley S. Rusher, NCSB #14296
          *Special Counsel*

OF COUNSEL:

BLANCO TACKABERY
& MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: asr@blancolaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case Number 09-50140 |
| RENEGADE HOLDINGS, INC., et al, | § § | Consolidated for Administration Chapter 11 |
| Debtors. | § § | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that she has this date served a copy of the **REPORT OF SALE** by electronic mail on the parties shown on the attached list, or by depositing a copy in the United States Mail, postage prepaid, if noted as "via first class mail."

This the 14th day of September, 2011.

/s/ Ashley S. Rusher
Ashley S. Rusher, NCSB #14296
*Special Counsel*

OF COUNSEL:

BLANCO TACKABERY
& MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: asr@blancolaw.com

BTM:473882v1

Michael D. West, Esq.
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402-1828

Robyn R. C. Whitman, Esq.
P.O. Box 1828
Greensboro, NC 27402-1828

Patricia Molteni, Esq.
Karen Cordry, Esq.
National Association of Attorneys General
2030 M Street NW, 8th Floor
Washington, DC 20036

Gregory B. Crampton, Esq.
Attorney for NAAG
Nicholls & Crampton, PA
P.O. Box 18237
Raleigh, NC 27619

Joseph N. Callaway, Esq.
Attorney for NC Filter Corporation
and Tobacco Rag Processors
Battle, Winslow Scott & Wiley, P.A.
P.O. Box 7100
Rocky Mount, NC 27804-0100

Paul A. Fanning, Esq.
Ward and Smith, PA
Bank of the Carolinas
P.O. Box 8088
Greenville, NC 27835-8088

Stuart C. Gauffreau, Esq.
Attorney for Carolina Bank
Hagan Davis Mangum, et al.
300 N. Greene Street, Suite 200
Greensboro, NC 27401

Richard L. Harrison, Esq.
Melissa L. Trippe, Esq.
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

Rebecca A. Leigh, Esq.
301 S. Greene Street, Suite 201
Greensboro, NC 27401

Kenneth M. Greene, Esq.
Attorney for Hauni Richmond, Inc.
Carruthers & Roth, PA
235 N. Edgeworth Street
Greensboro, NC 27401

Stephen R. Lundeen, Esq.
Attorney for Hauni Richmond, Inc.
Wille, Gregory & Lundeen LLP
207 East Michigan Street, Suite 410
Milwaukee, WI 53092

John A. Northen, Esq.
Vicki L. Parrott, Esq.
Northen Blue, LLP
P.O. Box 2208
Chapel Hill, NC 27515-2208

Lisa P. Sumner, Esq.
Attorney for Alliance One International, Inc.
Poyner & Spruill, LLP
P.O. Box 1801
Raleigh, NC 27602

Gina Baker Hantel
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Jett Corr, Inc. d/b/a Pratt Industries USA
c/o Dawn Barker Floyd, Esq.
Shumaker, Loop & Kendrick, LLP
128 S. Tryon Street, Suite 1800
Charlotte, NC 28202-5013

Angela R. Collins, Esq.
Riezman Berger, PC
7700 Bonhomme, 7th Floor
St. Louis, MO 63105

BTM:473882v1

G. Gray Wilson, Esq.
Wilson Helms & Cartledge, LLP
110 Oakwood Dr., Suite 400
Winston-Salem, NC 27103

Gerald A. Jeutter, Jr., Esq.
P.O. Box 12585
Raleigh, NC 27605

Peter L. Tourtellot, Ch. 11 Trustee
Anderson Bauman Tourtellot Vos
P.O. Box 2338
Greensboro, NC 27402

James C. Lanik, Esq.
Attorney for Maxus Capital Group, LLC
Roberson Haworth & Reese, PLLC
P.O. Box 1550
High Point, NC 27261

Charles M. Ivey, Esq.
Ivey, McClellan, Gatton & Talcott, L.L.P.
P. O. Box 3324
Greensboro, NC 27402-3324

Walter W. Pitt, Jr., Esq.
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029

G. Thompson Miller, Esq.
P.O. Box 1657
Lexington, NC 27293-1657

Trustee Services, Inc.
c/o Charles McGirt, Esq.
Trustee Services, Inc.
P.O. Box 1657
Lexington, NC 27293-1657

Gordon C. Woodruff, Esq.
P.O. Box 708
Smithfield, NC 27577

*via first class mail*
Susan Curwood, Esq.
Commonwealth of Virginia
Office of the Attorney General
900 East Main St.
Richmond, VA 23219