# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case Number 09-50140 |
| RENEGADE HOLDINGS, INC., et al, | § | Consolidated for Administration |
| | § | Chapter 11 |
| Debtors. | § | |

## MOTION TO DISBURSE NET SALES PROCEEDS TO BANK OF THE CAROLINAS IN PAYMENT OF ITS JUNIOR LIENS

Peter L. Tourtellot, Chapter 11 Trustee, through counsel and for and on behalf of the bankruptcy estates of Renegade Holdings, Inc., Alternative Brands, Inc., and Renegade Tobacco Company ("Debtors"), and pursuant to 11 U.S.C. §§105(a) and 363, hereby moves the Court pursuant to the Amended Order (i) Confirming Sales of Certain Real Property Located in Davie County, North Carolina to Parties That Submitted the Highest Bids at Auction on June 23, 2011, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; and (ii) Authorizing Closing on Sale of Certain Real Property entered July 14, 2011 [Docket No. 967] (the "Order Confirming Sale") for entry of an order authorizing payment of the Net Sales Proceeds (as defined in the Order Confirming Sale) held in trust by Ashley S. Rusher and the firm of Blanco Tackabery & Matamoros, P.A., Special Counsel to the Chapter 11 Trustee ("Special Counsel") in the amount of $522,621.03 to Bank of the Carolinas (the "Motion").

In support of this Motion, Debtors respectfully show the Court as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408.

## FACTS AND RELIEF REQUESTED

2.      In furtherance of the Order Confirming Sale, on July 27 and August 10, 2011 closing took place on the sale of the Properties (as defined in the Order Confirming Sale) (the "Closings").

3.      The Closing Attorneys at the various Closings, and Special Counsel thereafter, made disbursements pursuant to the Order Confirming Sale including payment of *ad valorem* property taxes, deed stamps, buyer's premium, and all first lien deeds of trust on the Properties, as fully set forth in the Report of Sale filed September 14, 2011 [Docket No. 1026].

4.      The Court entered an order on September 23, 2011 approving the fee application of Iron Horse Auction Co., Inc. ("Iron Horse") for its professional services rendered and expenses incurred in connection with the sale of the Properties [Docket No. 1027]. Special Counsel disbursed the Court-approved fees and expenses to Iron Horse on September 24, 2011. The Net Sales Proceeds are held in trust by Special Counsel, as ordered by the Court.

5.      At the time of the Closings, Bank of the Carolinas had junior lien deeds of trust encumbering the Properties, which secured various obligations of Calvin A. Phelps, Alternative Brands, Inc. and/or Renegade Holdings, Inc. to Bank of the Carolinas ("Junior Liens").

6.      Bank of the Carolinas consented to its Junior Liens being transferred to the proceeds of sale, and pursuant to the Order Confirming Sale, all liens, claims and encumbrances, including the Junior Liens were transferred to the Net Sales Proceeds. As of September 27, 2011, the obligations secured by the Junior Liens are in the amount of $3,041,600.61, and exceed the Net Sales Proceeds held by Special Counsel.

7.      Bank of the Carolinas' Junior Liens take priority over any other lien, claim or encumbrance transferred to the Net Sales Proceeds, and is entitled to distribution of the Net Sales Proceeds in partial satisfaction of its Junior Liens.

2

8.     By this Motion, Debtors seek entry of an order authorizing and directing Special Counsel to disburse the Net Sales Proceeds in the amount of $522,621.03 to Bank of the Carolinas in consideration of its Junior Liens.

9.     Disbursement of the Net Sales Proceeds from the sale of the Properties to Bank of the Carolinas is in the best interest of the estate and its creditors, as it will reduce the overall secured indebtedness of Debtors from the sale of non-estate assets.

WHEREFORE, Debtors respectfully request the Court enter an order:

1.     Authorizing and directing Special Counsel to disburse the Net Sales Proceeds in the amount of $522,621.03 to Bank of the Carolinas in consideration of its Junior Liens; and

2.     Granting such other relief as the Court deems just and proper.

This the 4th day of October, 2011.

/s/ Ashley S. Rusher
Ashley S. Rusher, NCSB #14296
*Special Counsel*

OF COUNSEL:

BLANCO TACKABERY
& MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: asr@blancolaw.com

3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case Number 09-50140 |
| RENEGADE HOLDINGS, INC., et al, | § | Consolidated for Administration |
| | § | Chapter 11 |
| Debtors. | § | |

---

## CERTIFICATE OF SERVICE

---

The undersigned does hereby certify that she has this date served a copy of the **MOTION TO DISBURSE NET SALES PROCEEDS TO BANK OF THE CAROLINAS IN PAYMENT OF ITS JUNIOR LIEN DEEDS OF TRUST** by electronic mail on the parties shown on the attached list, or by depositing a copy in the United States Mail, postage prepaid, if noted as "via first class mail."

This the 4th day of October, 2011.

/s/ Ashley S. Rusher
Ashley S. Rusher, NCSB #14296
*Special Counsel*

OF COUNSEL:

BLANCO TACKABERY
& MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: asr@blancolaw.com

BTM:474210v1

Michael D. West, Esq.
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402-1828

Robyn R. C. Whitman, Esq.
P.O. Box 1828
Greensboro, NC 27402-1828

Patricia Molteni, Esq.
Karen Cordry, Esq.
National Association of Attorneys General
2030 M Street NW, 8th Floor
Washington, DC 20036

Gregory B. Crampton, Esq.
Attorney for NAAG
Nicholls & Crampton, PA
P.O. Box 18237
Raleigh, NC 27619

Joseph N. Callaway, Esq.
Attorney for NC Filter Corporation
and Tobacco Rag Processors
Battle, Winslow Scott & Wiley, P.A.
P.O. Box 7100
Rocky Mount, NC 27804-0100

Paul A. Fanning, Esq.
Ward and Smith, PA
Bank of the Carolinas
P.O. Box 8088
Greenville, NC 27835-8088

Stuart C. Gauffreau, Esq.
Attorney for Carolina Bank
Hagan Davis Mangum, et al.
300 N. Greene Street, Suite 200
Greensboro, NC 27401

Richard L. Harrison, Esq.
Melissa L. Trippe, Esq.
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

Rebecca A. Leigh, Esq.
301 S. Greene Street, Suite 201
Greensboro, NC 27401

Kenneth M. Greene, Esq.
Attorney for Hauni Richmond, Inc.
Carruthers & Roth, PA
235 N. Edgeworth Street
Greensboro, NC 27401

Stephen R. Lundeen, Esq.
Attorney for Hauni Richmond, Inc.
Wille, Gregory & Lundeen LLP
207 East Michigan Street, Suite 410
Milwaukee, WI 53092

John A. Northen, Esq.
Vicki L. Parrott, Esq.
Northen Blue, LLP
P.O. Box 2208
Chapel Hill, NC 27515-2208

Lisa P. Sumner, Esq.
Attorney for Alliance One International, Inc.
Poyner & Spruill, LLP
P.O. Box 1801
Raleigh, NC 27602

Gina Baker Hantel
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Jett Corr, Inc. d/b/a Pratt Industries USA
c/o Dawn Barker Floyd, Esq.
Shumaker, Loop & Kendrick, LLP
128 S. Tryon Street, Suite 1800
Charlotte, NC 28202-5013

Angela R. Collins, Esq.
Riezman Berger, PC
7700 Bonhomme, 7th Floor
St. Louis, MO 63105

G. Gray Wilson, Esq.
Wilson Helms & Cartledge, LLP
110 Oakwood Dr., Suite 400
Winston-Salem, NC 27103

Gerald A. Jeutter, Jr., Esq.
P.O. Box 12585
Raleigh, NC 27605

Peter L. Tourtellot, Ch. 11 Trustee
Anderson Bauman Tourtellot Vos
P.O. Box 2338
Greensboro, NC 27402

James C. Lanik, Esq.
Attorney for Maxus Capital Group, LLC
Roberson Haworth & Reese, PLLC
P.O. Box 1550
High Point, NC 27261

Charles M. Ivey, Esq.
Ivey, McClellan, Gatton & Talcott, L.L.P.
P. O. Box 3324
Greensboro, NC 27402-3324

Walter W. Pitt, Jr., Esq.
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029

G. Thompson Miller, Esq.
P.O. Box 1657
Lexington, NC 27293-1657

Trustee Services, Inc.
c/o Charles McGirt, Esq.
Trustee Services, Inc.
P.O. Box 1657
Lexington, NC 27293-1657

Gordon C. Woodruff, Esq.
P.O. Box 708
Smithfield, NC 27577

***via first class mail***
Susan Curwood, Esq.
Commonwealth of Virginia
Office of the Attorney General
900 East Main St.
Richmond, VA 23219