Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 09−50140

IN THE MATTER OF:
Renegade Holdings, Inc.   02−0607384
321 Farmington Road
Mocksville, NC 27028

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401

on 10/25/11 at 09:30 AM

to consider and act upon the following:

Motion to Disburse Net Sales Proceeds to Bank of the Carolinas in Payment of Its Junior Liens filed by Trustee Peter L. Tourtellot.


Dated: 10/6/11                                                                                     OFFICE OF THE CLERK/ jsl


To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.