UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re:<br><br>**Renegade Holdings, Inc., et. al**<br>　　　　　　　　　Debtor(s). | Case No. 09-50140<br>Chapter 11<br>Jointly Administered |

## Application to Deposit Unclaimed Funds

　　　Now comes John A. Northen, Counsel for the Trustee, Peter L. Tourtellot, and moves the Court to permit deposit of unclaimed funds in the above case to be paid over to the Clerk, U.S. Bankruptcy Court within ten (10) days from the date of an order, as dividends and/or other monies under the previous distribution to unsecured creditors totaling $3,680.35 have remained unpaid or have been returned undeliverable as shown in attached Exhibit A.  Such funds have remained unpaid for longer than 90 days.  There is no known current address for any of the parties.

Respectfully submitted this 3rd day of November, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Northen
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for the Trustee

NORTHEN BLUE, L.L.P.
John A. Northen, NCSB # 6789
Vicki L. Parrott, NCSB #25449
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone:  919-968-4441

Exhibit A

## Alternative Brands

Initial Distribution to Unsecureds - Checks still outstanding on October 1, 2015

Distribution date: June 3, 2015

| | | Address | City | State | Zip | Total Claim | 20% Initial Distribution Not Cleared @ 10/1/2015 |
|---|---|---|---|---|---|---|---|
| GE (MC) | Attn: Managing Agent | PO Box 410406 | Salt Lake Cit | UT | 84141-0420 | 12,070.89 | 2,414.18 |
| AICCO, Inc. | Attn: Managing Agent | 777 S. Figueroa Street, 14th Flr | Los Angeles | CA | 90017 | 2,673.28 | 534.66 |
| Davie County Public Utilities | Attn: Managing Agent | 298 Depot Street, Suite 200 | Mocksville | NC | 27028 | 1,018.57 | 203.71 |
| Motion Industries | Attn: Accounts Payable | P O Box 1655 | Birmingham | AL | 35201 | 719.91 | 143.98 |
| Chase Card Service (BP) | Attn: Cardmember Services | P O Box 15298 | Wilmington | DE | 19850 | 602.42 | 120.48 |
| Lowes | Attn: Managing Agent | P O Box 530970 | Atlanta | GA | 30353-0970 | 410.88 | 82.18 |
| Village Inn Golf & Conference Center | Attn: Managing Agent | P O Box 926 | Clemmons | NC | 27102-0926 | 349.55 | 69.91 |
| Le Bleu Bottled Water | Attn: Managing Agent | 621 N Regional Road | Greensboro | NC | 27409 | 170.65 | 34.13 |
| Le Bleu Of The Triad | Attn: Managing Agent | 621 N. Regional Road | Greensboro | NC | 27409 | 119.64 | 23.93 |
| Amish Country Products | Attn: David Kuhns | 11749 Strasburg Bolivar Rd NW | Bolivar | OH | 44612 | 90.28 | 18.06 |
| Piedmont Club | Attn: Managing Agent | 11333 Beaver Castle Rd | Hopewell | VA | 23860-7645 | 67.25 | 13.45 |
| AT&T | Attn: Managing Agent | 562 Valley Rd. | Mocksville | NC | 27028 | 34.13 | 6.83 |
| Davidson Electric & Plumbing Supply | Attn: Managing Agent | 653 Wilkesboro St. | Mocksville | NC | 27028 | 31.79 | 6.36 |
| Bridgefield Casualty Ins. Co. | Attn: Managing Agent | 2310 Commercial Point Drive | Lakeland | FL | 33802 | 23.07 | 4.61 |
| Beechtree Hardware-Mocksville | c/o Ace Hardware | 2200 Kensington Court | Oak Brook | IL | 60523-2100 | 12.93 | 2.59 |
| L.L. Bean | Attn: Refund Clerk | 15 Casco Street | Freeport | ME | 04033 | 6.50 | 1.30 |
| | | | | | | 18,401.74 | 3,680.35 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>Renegade Holdings, Inc., et. al<br><br>Debtors | Case No. 09-50140 |

### Certificate of Service

THIS IS TO CERTIFY that on the below date, the following parties were served a copy of the foregoing by automatic electronic notice:

William Miller
Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402

**And such other parties as shown on Exhibit A**

This the 3rd day of November, 2015.

By: s/ John A. Northen
Counsel for the Trustee

NORTHEN BLUE, L.L.P.
John A. Northen, NCSB # 6789
Vicki L. Parrott, NCSB #25449
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441